474 A.2d 669

Commonwealth v. Correa, Appellant.

Submitted October 24, 1983. David M. McGlaughlin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

474 A.2d 669

Commonwealth v. Cottman, Appellant.

Argued January 12, 1984. Leonard Rubin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.